NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLS BANK INTERNATIONAL,**
*Plaintiff-Appellee,*

AND

**CLS SERVICES LTD.,**
*Counterclaim-Defendant Appellee,*

v.

**ALICE CORPORATION PTY. LTD.,**
*Defendant-Appellant.*

---

2011-1301

---

Appeal from the United States District Court for the District of Columbia in case no. 07-CV-0974, Judge Rosemary M. Collyer.

---

**ON MOTION**

---

**ORDER**

The parties jointly move for an 18-day extension of time, until June 24, 2011, for the appellant to file its brief, for a 19-day extension of time, until August 22,

2011, for the appellees to file their brief, and for an 11-day extension of time, until September 16, 2011, for the appellant to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 1 9 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Steven J. Glassman, Esq.
     Bruce R. Genderson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 1 9 2011**

**JAN HORBALY**
**CLERK**